Daniel David Courson
PLAINTIFF/PETITIONER/MOVANT'S NAME
F69760
PRISON NUMBER

R.J. Donovan State Prison
PLACE OF CONFINEMENT
F1-5-301u
P.O. Box 799001 San Diego, CA  92179
ADDRESS

**ORIGINAL**

FILED
MAY 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

Daniel David Courson _____,
Plaintiff/Petitioner/Movant

v.

SDSD Deputies Cochran, Espinoza ___,
Defendant/Respondent

Civil No. '08 CV 0871 JAH LSP
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Daniel David Courson _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration R.J. Donovan State Prison
   Are you employed at the institution?         ☒ Yes ☐ No
   Do you receive any payment from the institution?  ☒ Yes [ ] No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                                            K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☒ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. <u>I presently earn 37 cents/hour at my prison job at:</u>
   <u>R.J. Donovan Sate Prison, 480 Alta Rd., San Diego, CA  92179</u>

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

**ORIGINAL**

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __None.__

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): __Restitution appx. $70,000, payable to San Diego and Orange counties.__

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): __None.__

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. __I earn 37 cents/hour at my prison job.__

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

May 9, 2008
DATE

[signature]
SIGNATURE OF APPLICANT

**ORIGINAL**

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account.  <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Daniel David Courson__,
(NAME OF INMATE)

__F69760__,
(INMATE'S CDC NUMBER)

has the sum of $ __25.15__ on account to his/her credit at _____

__R.J. Donovan State Prison__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __none__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __43.85__,

and the *average monthly deposits* to the applicant's account was $ __18.00__

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__05/11/08__
DATE

__C/O D. Mandy__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__D. MARTINEZ__
OFFICER'S FULL NAME (PRINTED)

__C/O (Corrections officer)__
OFFICER'S TITLE/RANK

**ORIGINAL**

```
REPORT ID: TS3030  .701                              REPORT DATE: 05/01/08
                                                     PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: APR. 01, 2008 THRU MAY  01, 2008

ACCOUNT NUMBER : F69760              BED/CELL NUMBER: F105T10000001350
ACCOUNT NAME   : COURSON, DANIEL     ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----  ----  -------------  ----------  --------  --------  -----------  --------

04/01/2008   BEGINNING BALANCE                                            62.55

04/01*DD34 EFT DEPOSIT O 5216/CYBER              18.00                    80.55
04/08 FC04 DRAW-FAC 4    5382/F41ST                         40.00         40.55
04/11 W536 COPAY CHARGE  5453/COPAY                          5.00         35.55
04/17 W515 COPY CHARGE   5557/APR08                          0.30         35.25
04/17 W515 COPY CHARGE   5557/APR08                          1.40         33.85
04/17 W515 COPY CHARGE   5557/APR08                          1.60         32.25
04/17 W516 LEGAL COPY CH 5579/APR08                          0.30         31.95
04/18 W516 LEGAL COPY CH 5611/APR08                          1.00         30.95
04/24 W536 COPAY CHARGE  5722/COPAY                          5.00         25.95
04/24 W515 COPY CHARGE   5736/APR08                          0.80         25.15


                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/12/07              CASE NUMBER: *SCD201868
COUNTY CODE: *SD                      FINE AMOUNT: $ 65,414.51

    DATE      TRANS.   DESCRIPTION              TRANS. AMT.    BALANCE
  --------   ------   -----------------------  -----------    --------

04/01/2008   BEGINNING BALANCE                                65,347.00

04/01/08    DR34     REST DED-EFT DEPOSIT       20.00-        65,327.00

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                          TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL      TOTAL       CURRENT    HOLDS       TRANSACTIONS
   BALANCE    DEPOSITS  WITHDRAWALS   BALANCE   BALANCE      TO BE POSTED
  ---------  ---------  -----------  ---------  --------    --------------

    62.55      18.00       55.40       25.15      0.00           0.00

                                               CURRENT
                                              AVAILABLE
                                               BALANCE
                                              ---------
                                                25.15
```

ORIGINAL

*Please note: I arrived at RJD Corr. Facility on 3-21-08, and thus do not have six months time of trust account activity. This statement is for Apr. 1 to May 1, 2008.