# EXHIBIT COVER PAGE

08CV0871 JAH (LSP)

F

2008 MAY 27 PM 4: 28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

EXHIBIT

**NUNC PRO TUNC**
MAY 23 2008

**DESCRIPTION OF THIS EXHIBIT:**

Affadavit from Luther R. Brown III

**NUMBER OF PAGES TO THIS EXHIBIT:** _____1_____ PAGES.

**JURISDICTION:** (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☒ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

Approved for use with Judicial Council forms Jan 1997

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Daniel D. Courson  F69760<br>F1-4-114L<br>P.O. Box 799001<br>San Diego, CA  92179-9001 | **ORIGINAL** | |
| TELEPHONE NO.: | FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): | | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | U.S. District Court-Southern |
|---|---|
| STREET ADDRESS: | Room 4290 |
| MAILING ADDRESS: | 880 Front St. |
| CITY AND ZIP CODE: | San Diego, CA  92101-8900 |
| BRANCH NAME: | |

PLAINTIFF/PETITIONER: Daniel D. Courson

DEFENDANT/RESPONDENT: S.D. Sheriff's Deps. Cochran, Espinoza

CASE NUMBER:

## DECLARATION

Without coersion, reward, or benefit, I, Luther Rollins Brown III, make the following statement:

While an inmate in module 5C at George Bailey Detention Facility (GBDF) on 3-18-07, I observed an incident involving inmate Daniel Courson and Deputy Cochran in the dayroom of module 5C. At the time I was locked in my cell, with a clear view through my cell door window of an interaction between Mr. Courson, inmate Thomas Orsingher, and Dep. Cochran. I observed Mr. Courson and Mr. Orshingher talking with Dep. Cochran through the main module gate. Dep. Cochran appeared to be yelling, although Mr. Courson and Mr. Orsingher were calm. The gate then opened as Mr. Courson and Mr. Orsingher began to walk back to their cell. Mr. Courson then turned back to Dep. Cochran, and he was appx. 10 feet away from the deputy. Mr. Courson made absolutely no threatening or aggressive movement or gestures. He appeared to be asking for paperwork that Dep. Cochran had. Suddenly, in a very malicious and angry manner, Dep. Cochran grabbed Mr. Courson from the left side and slammed him very forcefully into a nearby concrete wall, onto his right shoulder. Mr. Courson's knees buckled and he nearly fell from the impact. I could see no reason to handle Mr. Courson in such a sadistic manner, as he was known as a quiet, respectful inmate. He was wincing in pain as he was handcuffed and taken out of module 5C.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 19, 2008

Luther Rollins Brown III  CDC # F-50610
(TYPE OR PRINT NAME)

_(signature)_
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other (Specify): Witness

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

THOMSON
WEST

Page 1 of 1

# EXHIBIT COVER PAGE

F

EXHIBIT

## DESCRIPTION OF THIS EXHIBIT:

Affadavit from Luther R. Brown III

## NUMBER OF PAGES TO THIS EXHIBIT: ___1___ PAGES.

## JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
    And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☒ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

Approved for
use with Judicial
Council forms
Jan 1997

MC-030

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State bar number, and address):
Daniel D. Courson  F69760
F1-4-114L
P.O. Box 799001
San Diego, CA  92179-9001

TELEPHONE NO.:
FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

COPY

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ U.S. District Court-Southern
STREET ADDRESS: Room 4290
MAILING ADDRESS: 880 Front St.
CITY AND ZIP CODE: San Diego, CA  92101-8900
BRANCH NAME:

PLAINTIFF/PETITIONER: Daniel D. Courson
DEFENDANT/RESPONDENT: S.D. Sheriff's Deps. Cochran, Espinoza

**DECLARATION**

CASE NUMBER:

---

Without coersion, reward, or benefit, I, Luther Rollins Brown III, make the following statement:

While an inmate in module 5C at George Bailey Detention Facility (GBDF) on 3-18-07, I observed an incident involving inmate Daniel Courson and Deputy Cochran in the dayroom of module 5C. At the time I was locked in my cell, with a clear view through my cell door window of an interaction between Mr. Courson, inmate Thomas Orsingher, and Dep. Cochran. I observed Mr. Courson and Mr. Orshingher talking with Dep. Cochran through the main module gate. Dep. Cochran appeared to be yelling, although Mr. Courson and Mr. Orsingher were calm. The gate then opened as Mr. Courson and Mr. Orsingher began to walk back to their cell. Mr. Courson then turned back to Dep. Cochran, and he was appx. 10 feet away from the deputy. Mr. Courson made absolutely no threatening or aggressive movement or gestures. He appeared to be asking for paperwork that Dep. Cochran had. Suddenly, in a very malicious and angry manner, Dep. Cochran grabbed Mr. Courson from the left side and slammed him very forcefully into a nearby concrete wall, onto his right shoulder. Mr. Courson's knees buckled and he nearly fell from the impact. I could see no reason to handle Mr. Courson in such a sadistic manner, as he was known as a quiet, respectful inmate. He was wincing in pain as he was handcuffed and taken out of module 5C.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 19, 2008

Luther Rollins Brown III  CDC # F-50610
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other (Specify): Witness

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

THOMSON
*
WEST

Page 1 of 1

# EXHIBIT COVER PAGE

F

EXHIBIT

## DESCRIPTION OF THIS EXHIBIT:

Affadavit from Luther R. Brown III

## NUMBER OF PAGES TO THIS EXHIBIT: 1 PAGES.

JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
    And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☒ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

Approved for
use with Judicial
Council forms
Jan 1997

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Daniel D. Courson   F69760<br>F1-4-114L<br>P.O. Box 799001<br>San Diego, CA  92179-9001   COPY | |

TELEPHONE NO.:       FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ U.S. District Court-Southern
STREET ADDRESS: Room 4290
MAILING ADDRESS: 880 Front St.
CITY AND ZIP CODE: San Diego, CA  92101-8900
BRANCH NAME:

PLAINTIFF/PETITIONER: Daniel D. Courson
DEFENDANT/RESPONDENT: S.D. Sheriff's Deps. Cochran, Espinoza

CASE NUMBER:

## DECLARATION

Without coersion, reward, or benefit, I, Luther Rollins Brown III, make the following statement:

While an inmate in module 5C at George Bailey Detention Facility (GBDF) on 3-18-07, I observed an incident involving inmate Daniel Courson and Deputy Cochran in the dayroom of module 5C.  At the time I was locked in my cell, with a clear view through my cell door window of an interaction between Mr. Courson, inmate Thomas Orsingher, and Dep. Cochran.  I observed Mr. Courson and Mr. Orshingher talking with Dep. Cochran through the main module gate.  Dep. Cochran appeared to be yelling, although Mr. Courson and Mr. Orsingher were calm.  The gate then opened as Mr. Courson and Mr. Orsingher began to walk back to their cell.  Mr. Courson then turned back to Dep. Cochran, and he was appx. 10 feet away from the deputy.  Mr. Courson made absolutely no threatening or aggressive movement or gestures.  He appeared to be asking for paperwork that Dep. Cochran had.  Suddenly, in a very malicious and angry manner, Dep. Cochran grabbed Mr. Courson from the left side and slammed him very forcefully into a nearby concrete wall, onto his right shoulder.  Mr. Courson's knees buckled and he nearly fell from the impact.  I could see no reason to handle Mr. Courson in such a sadistic manner, as he was known as a quiet, respectful inmate.  He was wincing in pain as he was handcuffed and taken out of module 5C.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 19, 2008

Luther Rollins Brown III  CDC # F-50610
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other (Specify): Witness

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

THOMSON
WEST

Page 1 of 1

# EXHIBIT COVER PAGE

F

EXHIBIT

## DESCRIPTION OF THIS EXHIBIT:

Affadavit from Luther R. Brown III

## NUMBER OF PAGES TO THIS EXHIBIT: 1 PAGES.

## JURISDICTION: (Check only one)

- [ ] CDCR Administrative Appeal
- [ ] California Victim Compensation And Government Claims Board
- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme
- [x] United States District Court
- [ ] United States Circuit Court
- [ ] United States Supreme Court

Approved for use with Judicial Council forms Jan 1997

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Daniel D. Courson  F69760<br>F1-4-114L<br>P.O. Box 799001<br>San Diego, CA  92179-9001<br>TELEPHONE NO.:       FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY<br><br>COPY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. District Court-Southern
STREET ADDRESS: Room 4290
MAILING ADDRESS: 880 Front St.
CITY AND ZIP CODE: San Diego, CA  92101-8900
BRANCH NAME:

PLAINTIFF/PETITIONER: Daniel D. Courson
DEFENDANT/RESPONDENT: S.D. Sheriff's Deps. Cochran, Espinoza

CASE NUMBER:

## DECLARATION

Without coersion, reward, or benefit, I, Luther Rollins Brown III, make the following statement:

While an inmate in module 5C at George Bailey Detention Facility (GBDF) on 3-18-07, I observed an incident involving inmate Daniel Courson and Deputy Cochran in the dayroom of module 5C. At the time I was locked in my cell, with a clear view through my cell door window of an interaction between Mr. Courson, inmate Thomas Orsingher, and Dep. Cochran. I observed Mr. Courson and Mr. Orshingher talking with Dep. Cochran through the main module gate. Dep. Cochran appeared to be yelling, although Mr. Courson and Mr. Orsingher were calm. The gate then opened as Mr. Courson and Mr. Orsingher began to walk back to their cell. Mr. Courson then turned back to Dep. Cochran, and he was appx. 10 feet away from the deputy. Mr. Courson made absolutely no threatening or aggressive movement or gestures. He appeared to be asking for paperwork that Dep. Cochran had. Suddenly, in a very malicious and angry manner, Dep. Cochran grabbed Mr. Courson from the left side and slammed him very forcefully into a nearby concrete wall, onto his right shoulder. Mr. Courson's knees buckled and he nearly fell from the impact. I could see no reason to handle Mr. Courson in such a sadistic manner, as he was known as a quiet, respectful inmate. He was wincing in pain as he was handcuffed and taken out of module 5C.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 19, 2008

Luther Rollins Brown III  CDC # F-50610
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other (Specify): Witness

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

THOMSON
WEST

Page 1 of 1

# EXHIBIT COVER PAGE

F

EXHIBIT

## DESCRIPTION OF THIS EXHIBIT:

Affadavit from Luther R. Brown III

## NUMBER OF PAGES TO THIS EXHIBIT: ___1___ PAGES.

JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
    And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☒ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Daniel D. Courson  F69760<br>F1-4-114L<br>P.O. Box 799001<br>San Diego, CA  92179-9001 | COPY | |
| TELEPHONE NO.: | FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. District Court-Southern
STREET ADDRESS: Room 4290
MAILING ADDRESS: 880 Front St.
CITY AND ZIP CODE: San Diego, CA  92101-8900
BRANCH NAME:

PLAINTIFF/PETITIONER: Daniel D. Courson
DEFENDANT/RESPONDENT: S.D. Sheriff's Deps. Cochran, Espinoza

CASE NUMBER:

**DECLARATION**

Without coersion, reward, or benefit, I, Luther Rollins Brown III, make the following statement:

While an inmate in module 5C at George Bailey Detention Facility (GBDF) on 3-18-07, I observed an incident involving inmate Daniel Courson and Deputy Cochran in the dayroom of module 5C. At the time I was locked in my cell, with a clear view through my cell door window of an interaction between Mr. Courson, inmate Thomas Orsingher, and Dep. Cochran. I observed Mr. Courson and Mr. Orshingher talking with Dep. Cochran through the main module gate. Dep. Cochran appeared to be yelling, although Mr. Courson and Mr. Orsingher were calm. The gate then opened as Mr. Courson and Mr. Orsingher began to walk back to their cell. Mr. Courson then turned back to Dep. Cochran, and he was appx. 10 feet away from the deputy. Mr. Courson made absolutely no threatening or aggressive movement or gestures. He appeared to be asking for paperwork that Dep. Cochran had. Suddenly, in a very malicious and angry manner, Dep. Cochran grabbed Mr. Courson from the left side and slammed him very forcefully into a nearby concrete wall, onto his right shoulder. Mr. Courson's knees buckled and he nearly fell from the impact. I could see no reason to handle Mr. Courson in such a sadistic manner, as he was known as a quiet, respectful inmate. He was wincing in pain as he was handcuffed and taken out of module 5C.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 19, 2008

Luther Rollins Brown III   CDC # F-50610
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other (Specify): Witness

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

THOMSON
WEST

Page 1 of 1