**ORIGINAL**

1  Daniel David Courson   F69760
2  R.J. Donovan Correctional Facility
3  P.O. Box 799001
4  San Diego, CA  92179-9001

FILED
2008 AUG 18 AM 8:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

NUNC PRO TUNC
AUG -8 2008

United States District Court
Southern District of California

| | |
|---|---|
| Daniel David Courson,<br><br>             Plantiff,<br><br>v.<br><br>San Diego Sheriff's Dep. Cochran,<br>San Diego Sheriff's Dep. Espinoza,<br><br>             Defendants. | Civil Case No. 08CV0871-<br>JAH(LSP)<br><br>Motion for Addition of<br>Supplemental Exhibits |

I, plaintiff Daniel David Courson, am requesting that the court accept the following additional exhibits to be filed with the original complaint:

1. Exhibit F: Affadavit from witness Luther Rollins Brown III.
2. Exhibit G: Operative and post-operative medical records regarding shoulder injury.
3. Exhibit H: Medical records from George Bailey Detention Facility.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 28, 2008.

_[signature]_

Daniel David Courson