**ORIGINAL**

Daniel David Courson   F69760

R.J. Donovan Correctional Facility

P.O. Box 799001

San Diego, CA   92179-9001

FILED

2008 AUG 18 AM 8:20

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

NUNC PRO TUNC
AUG -8 2008

United States District Court

Southern District of California

| | |
|---|---|
| Daniel David Courson, ) | |
| ) | |
| Plantiff, ) | Civil Case No. 08CV0871-JAH(LSP) |
| ) | |
| V. ) | |
| ) | |
| San Diego Sheriff's Dep. Cochran, ) | Motion for Appointment of Counsel |
| ) | |
| San Diego Sheriff's Dep. Espinoza, ) | |
| ) | |
| Defendants. ) | |
| ) | |

I, Daniel D. Courson, declare that I am a petitioner to the above referenced matter, that I am incarcerated at R.J. Donovan Corr. Facility, and that I am indigent and unable to afford counsel. An order was signed July 14, 2008 by the Hon. John A. Houston granting my motion to proceed In Forma Pauperis.

I hereby request that counsel be appointed in this matter so that my interests may be protected by the professional assistance required. This is consistent with U.S. Fed. Rules of Court, section 28 §1915(e)(1).

I declare under penalty of perjury that the foregoing is true and correct, executed on July 28, 2008.

Daniel David Courson