|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 |   |   |
| 7 |   |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DANIEL DAVID COURSON, | ) | Civil No.08cv0871 JAH (LSP) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |
| COCHRAN, SAN DIEGO SHERIFF'S DEPUTY, ESPINOZA, SAN DIEGO SHERIFF'S DEPUTY, | ) ) ) ) | **[Doc. No. 11]** |
| Defendants. | ) ) | |

Plaintiff seeks appointed counsel to assist him in prosecuting this civil rights action filed pursuant to 42 U.S.C. § 1983. Generally, a plaintiff in a civil case has no right to appointed counsel. See Hernandez v. Whiting, 881 F.2d 768, 770-71 (9th Cir. 1989); United States v. 30.64 Acres, 795 F.2d 796, 801 (9th Cir. 1986). Under 28 U.S.C. § 1915(e)(1), however, district courts are granted discretion to appoint counsel for indigent persons under "exceptional circumstances." Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991). "A finding of exceptional circumstances requires an evaluation of both the 'likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved.' Neither of these issues is dispositive and both must be viewed together before reaching a decision.'" Id. (quoting Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986)).

Although Plaintiff demonstrates his indigent status, he fails to explain how the complexity of his action prevents him from articulating his claims *pro se*, and provides no

1 discussion of the likelihood of success on the merits of his action.  As such, the Court finds
2 Plaintiff fails to demonstrate exceptional circumstances to support appointment of counsel.
3      Accordingly, IT IS HEREBY ORDERED Plaintiff's motion for appointment of
4 counsel is **DENIED without prejudice**.
5 DATED:  August 18, 2008

                                            _____
                                            JOHN A. HOUSTON
                                            United States District Judge