Daniel David Courson  F69760

R.J. Donovan Correctional Facility

P.O. Box 799001

San Diego, CA  92179-9001

**ORIGINAL**

FILED

2008 SEP -3  PM 2:34

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

**NUNC PRO TUNC**
AUG 2 6 2008

United States District Court

Southern District of California

| | |
|---|---|
| Daniel David Courson,<br><br>            Plaintiff,<br><br>v.<br><br>San Diego Sheriff's Dep. Cochran, et al,<br><br>            Defendants. | Civil Case No. 08CV0871-JAH(LSP)<br><br>Memorandum of Points and Authorities in Support of Motion for Addition of Supplemental Exhibits |

Plaintiff hereby submits the following points and authorities in support of the previously filed motion for addition of supplemental exhibits:

**1. Supplemental Pleadings.** Under Federal Rules of Civil Procedure, Rule 15(d), "Upon motion of a party the court may, upon reasonable notice and upon such terms as are just, permit the party to serve a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented".

As per the above referenced rule, the court should grant the plaintiff's motion and file the supplemental exhibits with the original complaint.

Sworn under penalty of perjury, this 22nd day of Aug. 2008

(1)

1 | Executed at R.J. Donovan Correctional Facility, San Diego, CA,
2 | 92179.
3 |     Respectfully submitted,
4
5 | ___[signature]___                  Aug. 22, 2008
    Plaintiff                       Date
6 | Daniel David Courson   F69760
7 | P.O. Box 799001                2:00 pm
8 | San Diego, CA   92179-9001

(2)

1  Executed at R.J. Donovan Correctional Facility, San Diego, CA,
2  92179.
3         Respectfully submitted,
4
5  _[signature]_                                    Aug. 22, 2008
              Plaintiff                                  Date
6  Daniel David Courson   F69760
7  P.O. Box 799001                       2:00 pm
8  San Diego, CA   92179-9001

(2)