ORIGINAL

Daniel David Courson   F69760
P.O. Box 799001
San Diego, CA   92179-9001

FILED
2008 SEP 10  PM 1:39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____Rm_____DEPUTY

NUNC PRO TUNC
AUG 2 6 2008

United States District Court
Southern District of California

Daniel David Courson,       )
                            )
        Plaintiff,          )   Civil Case No. 08CV0871-JAH (LSP)
                            )
v.                          )   Declaration in support of the
                            )   Plaintiff's Motion for the
San Diego Sheriff's Dep.    )   Appointment of Counsel
Cochran, et al,             )
                            )
        Defendant           )

I, Daniel David Courson, under penalty of perjury, make the following declaration:

1. I am the plaintiff in the above entitled case. I make this declaration in support of my motion for the appointment of counsel.

2. The complaint in this case alleges that the plaintiff was subjected to the misuse of force by San Diego Sheriff's Deputy Cochran, whom actively and forcefully pushed him into a wall in a malicious and unprovoked manner, resulting in a serious injury to his right shoulder, requiring surgery, physical therapy, and pain medications. He also suffered emotional and mental distress as a result of Dep. Cochran's actions. Medical care was

(1)

delayed and inmate greivance forms went unanswered regarding the incident.

    3. The case involves medical issues that may require expert testimony.

    4. The plaintiff has demanded a jury trial.

    5. The case will require discovery of documents and depositions of witnesses.

    6. The plaintiff has no legal education or training.

    7. The plaintiff is currently an inmate in state prison, and has limited access to legal materials.

    8. As set forth in the Points and Authorities submitted with the motion for appointment of counsel, these facts, along with the legal merit of the plaintiff's claims, support the appointment of counsel to represent the plaintiff.

    WHEREFORE, the plaintiff's motion for the appointment of counsel should be granted.

_____  
Plaintiff  
Daniel David Courson  
P.O. Box 799001  
San Diego, CA  92179-9001

Aug. 22, 2008  3:00 pm  
Time/Date

(2)

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA     )
                        ) SS
COUNTY OF San Diego     )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, WILLIAM GARCIA, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On August 22, 2008, I served the following documents:

1. Memorandum of Points and Authorities in Support of Appointment of Counsel Motion.
2. Memorandum of Points and Authorities in Support of Motion for Addition of Supplemental Exhibits.
3. Declaration in Support of the Plaintiff's Motion for the Appointment of Counsel.

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego, California, addressed as follows::

> United States District Court
> Southern District of California
> Office of the Clerk
> 880 Front Street, Room 4290
> San Diego, CA  92101-8900

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of California on August 22, 2008.

WILLIAM R. GARCIA # C91943

P.O. Box 799001
San Diego, CA  92179-9001

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.